UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra Moody,

      Plaintiff,             Civil No. 06-1354 (RHK/AJB)

vs.                           **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth and its division Wyeth Pharmaceuticals, Inc., Qualitest Pharmaceuticals, Inc., USF Pharma, Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 10, 2006

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge

Dockets.Justia.com